AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

| | |
|---|---|
| SALLIE BINGHAM <br><br> *Plaintiff(s)* <br><br> v. <br><br> KENTUCKY FOUNDATION FOR WOMEN, INC. and HON. RUSSELL COLEMAN, in his official capacity as the Attorney General of the Commonwealth of Kentucky <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-211-CRS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kentucky Foundation for Women, Inc.
Serve: Sharon Larue
505 W. Ormsby Avenue
Louisville, Kentucky 40203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jonathan T. Salomon
Janet P. Jakubowicz
John R. Cummins
DENTONS BINGHAM GREENEBAUM LLP
PNC Tower, Suite 3500
101 S. Fifth Street
Louisville, KY 40202-3120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*