UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:24-CV-211-CRS

SALLIE BINGHAM                                                                                          PLAINTIFF

v.

KENTUCKY FOUNDATION FOR WOMEN, INC., *et al*                         DEFENDANTS

### ORDER DENYING MOTION TO COMPEL AND FOR MEETING AND REPORT

This matter is before the Court on Plaintiff's Motion to Compel a Rule 26(f) conference **(DN 22)**. Defendant Kentucky Foundation for Women, Inc. opposes the Motion. The Foundation states that contrary to Plaintiff's Motion, the parties have held their Rule 26(f) conference and they disagree only as to whether discovery should proceed given Plaintiff's pending Motion to Dismiss the Foundation's counterclaims. Response, DN 23 at 1-2. The Foundation states that it has made its initial disclosures, that Bingham has not, and that it intends to move for a protective order if Bingham insists on discovery. *Id.* at 2. Bingham disagrees and contends that no Rule 26(f) meeting has taken place. Reply, DN 24 at 1. These disputes are now moot. This date, the Court has entered its Memorandum Opinion and Order resolving Plaintiff's Motion to Dismiss the Foundation's counterclaims. Further, pursuant to FED. R. CIV. P. 16 and 26, it is hereby **ORDERED** as follows:

1. Any party required to file a disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 that has not already done so shall file a Rule 7.1 disclosure statement at the time of the parties' joint status report.

2. The parties shall meet **within twenty-eight (28) days** from the date of entry of this Order, pursuant to Rule 26(f), either in person or by telephone, to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or

resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan in order to file a joint status report as set forth in more detail below.

    3. The parties shall file, **within fourteen (14) days after the Rule 26(f) conference** ordered herein, a joint report outlining a discovery plan and informing the Court whether prompt settlement of the case is possible. The joint report shall advise the Court as to the following:

    (a) the names of the attorneys participating in the Rule 26(f) conference and date of the conference;

    (b) a brief description of the facts and issues in the case;

    (c) a Discovery Plan stating

        (i) the parties' views and proposals on each of the items set forth in Rule 26(f)(3), including, if applicable, the discovery of electronically stored information, and the form in which electronically stored information will be produced (ie. native format, PDF, paper, etc.), whether to, at least initially, limit discovery of electronically stored information to particular sources or custodians, and whether to limit computer searches to agreed search terms or methods;

        (ii) any perceived issues regarding maximum numbers of interrogatories by each party to the other, requests for admissions, and/or depositions;

        (iii) dates for exchanging any expert witness reports;

        (iv) dates for supplementations under Rule 26(e);

    (d) the date the parties will complete or have completed the initial disclosures required by Rule 26(a)(1);

    (e) dates for Plaintiff to amend pleadings or to join parties; and

(f) dates for Defendant to amend pleadings or to join parties;

(g) dates to file dispositive motions;

(h) the parties' estimate of the time necessary to file pretrial motions including witness lists, designations of deposition testimony for those witnesses who will testify by deposition, and exhibit lists;

(i) deadlines for objections made pursuant to Rule 26(a)(3);

(j) the parties' belief as to whether this matter is suitable for mediation;

(k) the parties' estimate as to the probable length of trial;

(l) the parties' decision as to whether, pursuant to 28 U.S.C. § 636(d), this matter may be referred to a United States Magistrate Judge for all purposes including entry of judgment; and

(m) mutually convenient dates for trial.

Based on the entry of this Order, Plaintiff's Motion to Compel a Rule 26(f) conference **(DN 22)** is **DENIED** as moot.

    **IT IS SO ORDERED**.

March 5, 2025

Charles R. Simpson III, Senior Judge
United States District Court