# EXHIBIT  B

| | |
|---|---|
| **From:** | Salomon, Jon <jon.salomon@dentons.com> |
| **Sent:** | Monday, March 24, 2025 4:38 PM |
| **To:** | Palmer-Ball, Matthew |
| **Cc:** | Cummins, John R. |
| **Subject:** | RE: Bingham v. Kentucky Foundation for Women, 3:24-CV-211-CRS |

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

Matt,

We have already responded to your unfounded "concerns," and explained in detail why they are not grounded in fact, and further why no conflict of interest exists. You have failed to offer any substantive response to my letter, and instead suggest obliquely that our "response has not assuaged [y]our concerns."

As I am sure you are aware, motions to disqualify are disfavored, and the moving party bears the burden of persuasion and proof. We are not required to disprove your baseless allegations – and moreover, I am unsure what type of documents you believe "would mitigate against a conflict" where you have plainly failed to identify any actual conflict in the first instance.

In any event, I will plan to see you via Zoom at 2:00 p.m. on Wednesday for our long overdue Rule 26(f) conference.

**Jon Salomon**
Partner

+1 502 587 3651   |   +1 502 762 5000
Louisville

**DENTONS**

---

**From:** Palmer-Ball, Matthew <mpalmerball@wyattfirm.com>
**Sent:** Friday, March 21, 2025 2:50 PM
**To:** Salomon, Jon <jon.salomon@dentons.com>
**Cc:** Cummins, John R. <john.cummins@dentons.com>; Baughman, Brent R. <brent.baughman@dentons.com>
**Subject:** RE: Bingham v. Kentucky Foundation for Women, 3:24-CV-211-CRS

**[WARNING: EXTERNAL SENDER]**

Jon,

While your speculation regarding the intentions and timing of my e-mail below could warrant a lengthier response, suffice it to say—your judgment is incorrect. I will see you at the second iteration of our Rule 26 conference as planned.

Your response has not assuaged our concerns. We will consider whether to move to disqualify Dentons. Please let me know if you possess any documents that would mitigate against a

1

conflict.  Obviously, a motion for disqualification would affect the course of discovery, but we can discuss that next week.

Matt


Matthew R. Palmer-Ball
(502) 562-7141

---

**From:** Salomon, Jon <jon.salomon@dentons.com>
**Sent:** Thursday, March 20, 2025 2:47 PM
**To:** Palmer-Ball, Matthew <mpalmerball@wyattfirm.com>
**Cc:** Cummins, John R. <john.cummins@dentons.com>; Baughman, Brent R. <brent.baughman@dentons.com>
**Subject:** RE: Bingham v. Kentucky Foundation for Women, 3:24-CV-211-CRS

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

Matt,

Please see the attached correspondence in response to your below email.

Jon Salomon
Partner

+1 502 587 3651  |  +1 502 762 5000
Louisville

DENTONS

---

**From:** Palmer-Ball, Matthew <mpalmerball@wyattfirm.com>
**Sent:** Monday, March 17, 2025 11:48 AM
**To:** Salomon, Jon <jon.salomon@dentons.com>; Cummins, John R. <john.cummins@dentons.com>; Baughman, Brent R. <brent.baughman@dentons.com>
**Subject:** Bingham v. Kentucky Foundation for Women, 3:24-CV-211-CRS

**[WARNING: EXTERNAL SENDER]**

Jon, John, and Mr. Baughman,

I recently learned that, prior to March 18, 2024, Dentons Bingham Greenbaum LLP was the Kentucky Foundation for Women's long-time outside counsel and advised the Foundation on many issues central to the above-captioned case.  Those issues included, but were not necessarily limited to, Hopscotch House and the surrounding real property, disagreements with Ms. Bingham about the use of the land surrounding Hopscotch House, Ms. Bingham's attempts to buy Hopscotch House, conservation, Ms. Bingham's attempt to secure a right of first refusal regarding Hopscotch House, and an incident that is the basis for one of the Foundation's

2

defamation claims against Ms. Bingham in this case. Furthermore, it is my understanding that Dentons concurrently served as counsel to Ms. Bingham for some or all of those issues. As far as I am aware, Dentons never advised the Foundation about conflicts of interest with Ms. Bingham or secured a waiver of conflicts from the Foundation. Mr. Baughman wrote to the Foundation on March 18, 2024, purporting to "terminat[e]" Dentons's attorney-client relationship with the Foundation, just 11 days before your firm filed the Complaint in this case and only 13 days after Dentons and the Foundation communicated about Ms. Bingham's defamatory statements.

It would appear that Dentons's representation of Ms. Bingham in this case and the prior concurrent representations of Ms. Bingham and the Foundation violated one or more of SCR 3.130(1.7), 3.130(1.8), and 3.130(1.9). However, acknowledging that you may have information that I do not, I wanted to ask you to explain if you believe there is not an irreparable conflict of interest for Dentons in this case. Please respond as soon as possible.

In the meantime, please preserve all physical and electronic records related to your firm's prior representation of the Foundation, including but not limited to internal and external communications, client documents and information, work product, billing information, invoices, and engagement letters. Please also preserve any internal firm communications, or communications with Ms. Bingham, her agents, and her family, related to possible or actual conflicts of interest with the Foundation and/or the termination of the Foundation of a client.

Matt

**Matthew R. Palmer-Ball**

Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville, KY 40202-2898
Tel:    (502) 562-7141
Fax:    (502) 589-0309
Email: mpalmerball@wyattfirm.com



Louisville | Lexington | Memphis | Nashville | New Albany | www.wyattfirm.com

============================================================================
=====
The information contained in this transmission is intended only for the person or entity to which it is addressed
and may contain confidential and/or privileged material. If you are not the intended recipient of this information,
do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you
received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete
the material from all computers.

========================================================================
=====
========================================================================
The information contained in this transmission is intended only for the person or entity to which it is addressed
and may contain confidential and/or privileged material. If you are not the intended recipient of this information,
do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you
received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete
the material from all computers.
========================================================================