UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| SALLIE BINGHAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:24-cv-211-CRS |
| ) | |
| KENTUCKY FOUNDATION FOR WOMEN, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter having come before the Court on Defendant/Counterclaim-Plaintiff Kentucky Foundation for Women, Inc.'s ("KFW"), Motion to Disqualify Dentons Bingham Greenebaum LLP ("Dentons") from representing Plaintiff/Counterclaim-Defendant Sallie Bingham ("Bingham") in this matter, and all parties having had the opportunity to be heard, the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that KFW's Motion is **GRANTED**. Dentons is disqualified from representing Bingham in this matter. Bingham has forty-five (45) days to procure new counsel and have said new counsel enter an appearance before this Court,

**IT IS FURTHER ORDERED** that Dentons shall compensate KFW for its legal fees and costs related to bringing this motion and its motion for a protective order, (D.E. ), in an amount to be determined by the Court after reviewing proof of those fees and costs, which KFW shall provide to the Court.

**IT IS SO ORDERED.**